UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _4/24/26_

PETER P. MISLUK, JR.,

    Plaintiff,

-against-

MICHAEL REGAN, *Administrator, Environmental Protection Agency*,

    Defendant.

23-CV-10976 (MKV) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during the April 23, 2026 settlement conference, the parties are hereby directed to submit a joint, confidential settlement update to Judge Moses, by email, no later than **May 29, 2026**, in which they: (i) confirm that they have met and conferred in good faith and in real time to continue their settlement negotiations; (ii) describe each party's most recent settlement demand or offer; and (iii) advise the Court whether they believe that a continued judicially-supervised settlement conference would be productive.

Dated:  New York, New York
       April 24, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**