UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER P. MISLUK, JR.,

                  Plaintiff,

                  -against-

MICHAEL REGAN, *Administrator, Environmental Protection Agency*,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/3/26

23-cv-10976 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Court has been informed by the Magistrate Judge that the parties have reached a settlement in principle. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and the application to restore the action is made by July 6, 2026. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

**Date:   June 3, 2026**
     **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**